UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

MARK BURKE,

  Plaintiff,

                                      CASE NO.:  1:20-cv-00742-LO-JFA

v.

CAPITAL ONE BANK (USA), N.A.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARK BURKE, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September 2020, a true and correct copy of the foregoing has been furnished to all counsel of records via the Court's CM/ECF server.

                                      */s/ Hyatt B. Shirkey*
                                      Hyatt B. Shirkey, Esquire
                                      Hyatt Browning Shirkey Law Firm
                                      3735 Franklin Rd. S.W., Suite 251
                                      Roanoke, VA 24014
                                      Telephone: (540) 324-9288
                                      Facsimile: (540) 986-2199
                                      E-Mail: Hyatt@hbsesqfirm.com
                                      *Attorney for Plaintiff*